NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**QIMONDA AG,**
*Appellant,*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

**and**

**LSI CORPORATION,**
*Intervenor,*

**and**

**SEAGATE TECHNOLOGY, SEAGATE TECHNOLOGY (US) HOLDINGS INC., SEAGATE TECHNOLOGY LLC, and SEAGATE (US) LLC,**
*Intervenors.*

---

2010-1270

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-665.

---

**JUDGMENT**

---

BRIAN R. MATSUI, Morrison & Foerster LLP, of Washington, DC, argued for appellant. With him on the brief were G. BRIAN BUSEY, MARK E. UNGERMAN and MICHAEL W. MAAS; and ADAM KESER, of McLean, Virginia.

SIDNEY A. ROSENZWEIG, Attorney, Office of the General Counsel, United States International Trade Commission, of Washington, DC, argued for appellee. With him on the brief were JAMES M. LYONS, General Counsel, and ANDREA C. CASSON, Assistant General Counsel.

BRUCE S. SOSTEK, Thompson & Knight LLP, of Dallas, Texas, argued for all intervenors. With him on the brief for LSI Corporation were JANE P. BRANDT, HERBERT J. HAMMOND, MAX CICCARELLI, RICHARD L. WYNNE, JR. and MICHAEL HEINLEN. Also on the brief for Seagate Technology, et al.. were JOHN M. CARACAPPA and CHARLES F. SCHILL, Steptoe & Johnson LLP, of Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* GAJARSA and PROST, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 18, 2011            /s/ Jan Horbaly
     Date                         Jan Horbaly
                                        Clerk